## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JOHN STINE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case No.: 2:11-CV-02319-KHV-GLR** |
| v. | ) |
| | ) |
| **KELLOGG SALES COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff, John Stine, by and through his counsel of record, and files this Motion to Dismiss with Prejudice, with each party to bear their own costs, as all matters in controversy between Plaintiffs and Defendant have been fully and finally resolved in accordance with the settlement agreement between the parties.

Accordingly, Plaintiff respectfully requests that this court dismiss with prejudice all claims that Plaintiff asserted, or could have asserted, against Defendant in this action and order each party to bear their own costs.

Respectfully submitted,

WILLIAMS LAW LLC

/S/ Michael A. Williams
Michael A. Williams   KS Bar No. 19124
1100 Main Street, Suite 2600
Kansas City, MO 64105
mwilliams@williamslawllc.com
(o) 816-876-2600
(f) 816-221-8763

{186110.PDF }

## CERTIFICATE OF SERVICE

      I certify that on this 23rd day of February, 2012, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing via operation of the Court's electronic filing system upon all counsel of record.

Jennifer J. Stocker
Kelly A. Petrocelli
171 Monroe Avenue, NW, Suite 1000
Grand Rapids, MI 49503

Attorneys for Defendant

                /S/ Michael A. Williams
                Michael A. Williams
                Attorney for Plaintiff